UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 08-61884-TJT
DENISE L. HARRIS  CHAPTER 13 PROCEEDINGS
  HON. THOMAS J. TUCKER

_____Debtor_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DENISE L. HARRIS<br>45420 PARKDALE<br>CANTON, MI 48188-0000<br>SSN: XXX-XX-3424 | N/A | N/A | DEBTOR REFUND | 1345905 | 2/28/11 | $ 808.40 |

DATED: March 03, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0861884  00000  017414  1345905
DETROIT, MI 48226
211 W FORT ST
% DAVID BOICE/ UNCLAIMED
CLERK OF US BANKRUPTCY COURT

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 02/28/2011                                                                                              Check No: 1345905
Payee: CLERK OF US BANKRUPTCY COURT

| 0861884 | DENISE L. HARRIS | | | 808.40 | 0.00 | 808.40 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
535 Griswold St, Ste 111-615
Detroit, MI 48226
(313)967-9857

64-79
611

CHECK NO. 1345905
SunTrust Bank

**FOR**  DENISE L. HARRIS
BK:0861884 ACCT:
PRIN:   808.40   INT:   0.00

DATE Feb 28, 2011
AMOUNT
********808.40

**PAY**  **808.40**
Eight Hundred Eight And 40 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $808.40
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈1345905⑈  ⑆061100790⑆:000000575151 6⑈

| | |
|---|---|
| IN THE MATTER OF:<br>DENISE L. HARRIS<br><br>_____ Debtor _____ | CASE NO. 08-61884-TJT<br>CHAPTER 13 PROCEEDINGS<br>HON. THOMAS J. TUCKER |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**KURT THORNBLADH
7301 SCHAEFER RD
DEARBORN, MI  48126-4915**

**Last Known Address for Debtor:**

**DENISE L. HARRIS
45420 PARKDALE
CANTON, MI  48188**

DATED: March 03, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226